**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 9 2018

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LEXICON, INC.                                                          **PLAINTIFF**

VS.                         CASE NO. 4:18cv433 JM

MIKE CAMPBELL AND CHRIS HENRY                          **DEFENDANTS**

### COMPLAINT

Comes now Lexicon, Inc. ("Lexicon" or "Plaintiff"), and for its Complaint ("Complaint") against the Defendants, Mike Campbell and Chris Henry (collectively, "Defendants") states as follows:

### I. INTRODUCTION

1.     This Complaint is to collect on an unpaid promissory note. Lexicon advanced funds to and on behalf of Defendants pursuant to a revolving line of credit set out in that certain Promissory Note. The amount owed on the Promissory Note is past due, but Defendants have not paid the amounts owed to Lexicon despite demand.

### II. PARTIES

2.     Lexicon, Inc. is an Arkansas corporation in good standing with the state of Arkansas.

3.     Separate Defendant Mike Campbell is an individual resident of Gallatin, Tennessee.

4.     Separate Defendant Chris Henry is a resident of Hendersonville, Tennessee.

### III. JURISDICTION AND VENUE

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

5.      This Court has jurisdiction over the parties and this cause of action pursuant to 28 U.S.C. §1332 because there is complete diversity of citizenship between the Plaintiff and the Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.      Venue is proper in this Court pursuant to 28 U.S.C. §1391.

### IV. FACTS

7.      Lexicon is the holder of that certain Revolving Line of Credit Promissory Note ("Note") entered into by Plaintiff and Defendants on or around November 10, 2016.  A true and correct copy of the Note is attached as Exhibit "A" to this Complaint.

8.      The Note provided that Lexicon would make advances to Defendants up to $355,000.00 to pay for "reasonable attorneys' fees and expenses related to" a separate lawsuit filed against Defendants and FCH Tech, LLC, a Tennessee limited liability company, in which Defendants are the members.

9.      In the Note, it provided that "[n]o payments shall be due under the Note until the earlier of the final disposition of the Lawsuit or Lexicon's termination of advances under the Note . . . ."  The Note further provided that upon the occurrence of either of these events, Defendants should pay the installments due in equal payments over the course of forty-eight (48) months.

10.      Pursuant to the Note, Lexicon advanced $315,410.06 to or on behalf of Defendants to pay for attorneys' fees related to the separate lawsuit.

11.      On April 6, 2017, Lexicon notified Defendants that it was terminating the advances made pursuant to the Note effective immediately and that monthly installment payments of $7,479.93 were due starting on May 6, 2017.

716342

12.    Demand has been made upon Defendants to make payments pursuant to the Note both verbally and in writing, but Defendants have failed and refused to make any payments toward the debt owed.

13.    The Note is in default by virtue of nonpayment by the maker of the Note.

14.    Lexicon applied a credit for a consulting fee due to Defendants in the amount of $15,000 to the unpaid principal and interest for the first two months of the amount owed.

15.    With the application of these credits, as of June 26, 2018, the unpaid principal amount of the Note was $303,835.88, with accrued unpaid interest thereon of $21,080.96 for a total amount due of $324,916.84 owed with interest of $54.86 accruing daily.

## COUNT I – BREACH OF CONTRACT (PROMISSORY NOTE)

16.    Plaintiff incorporates by reference the allegations set forth in paragraphs 1-15 above.

17.    Lexicon and Defendants entered into the Promissory Note agreement, the terms of which are set forth in Exhibit A.

18.    Under the terms of the Note, Defendants agreed to repay Lexicon the amounts due plus interest at a rate equal to the prime rate as reported by the Wall Street Journal on the date of the notification of the termination of the Note plus two and one-half percent (2.5%).

19.    Lexicon fully performed its obligations under the Note.

20.    Defendants have requested, approved, and/or received advances made by Lexicon under the Note.

21.    All amounts owed under the Note are immediately due and payable.

22.    Lexicon has both verbally and in writing demanded that Defendants pay the Note.

716342

23. Defendants have breached the Note by failing and/or refusing to pay the Note in accordance with the Note's terms and provisions.

24. As a direct, foreseeable, and proximate result of Defendants' breach, Lexicon has incurred damages in the amount of $324,916.84 plus interest of $54.86 that has accrued daily since June 26, 2018.

25. Lexicon has been required to obtain attorneys to collect the sums due from Defendants.

26. Lexicon is entitled to recover its attorneys' fees, pre-and post-judgment interest and other expenses and costs of collection pursuant to the Note and Ark. Code Ann. § 16-22-308 (Repl. 1999).

WHEREFORE, Lexicon respectfully requests that the Court enter an order granting it the following relief:

a. Judgment against Defendants in the amount of $324,916.84, plus accrued daily interest of $54.86 since June 26, 2018;

b. Post-judgment interest on the foregoing amounts from the date of judgment herein until paid;

c. An award of reasonable attorneys' fees incurred by Plaintiff in connection with this action pursuant to Ark. Code Ann. § 16–22–308 (Repl. 1999); and

d. An award of the costs and expenses incurred by Plaintiff in connection with this action.

Respectfully submitted,

Rose Law Firm,
a Professional Association
120 East Fourth Street

4

716342

Little Rock, Arkansas 72201-2893
(501) 375-9131 (Telephone)
(501) 375-1309 (Facsimile)
*bbaker@roselawfirm.com*
*dmitchell@roselawfirm.com*

Attorneys for the Plaintiff
Lexicon, Inc.

By:    _____

Betsy Baker
Arkansas Bar No. 2010128
David S. Mitchell, Jr.
Arkansas Bar No. 2010271

716342